# UNITED STATES DISTRICT COURT

Southern District of Illinois

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Shon A. Thomas | |

Case No.  4:08CR30168-01

USM No.  08000-025

Melissa A. Day, AFPT
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  as alleged below  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | Defendant unlawfully possessed marihuana | 02/27/2013 |
| Standard # 2 | Defendant failed to submit written reports as directed | 03/31/2013 |
| Standard # 1 | Defendant failed to notify probation w/in 72 hrs. being arrested | 02/23/2013 |
| Special | Defendant consumed alcohol to excess | 03/17/2013 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __1194__

Defendant's Year of Birth: __1981__

City and State of Defendant's Residence:
East St. Louis, IL 62210

07/11/2913
_____
Date of Imposition of Judgment

*[signature]*
_____
Signature of Judge

J. Phil Gilbert, District Judge
_____
Name and Title of Judge

July 16, 2013
_____
Date

Judgment—Page 2 of 3

DEFENDANT: Shon A. Thomas
CASE NUMBER: 4:08CR30168-01

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Special | Defendant failed to make monthly payments as directed | 03/30/2013 |

AO 245D  (Rev. 09/11) Judgment in a Criminal Case for Revocations
        Sheet 2— Imprisonment

Judgment — Page __3__ of __3__

DEFENDANT: Shon A. Thomas
CASE NUMBER: 4:08CR30168-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

24 months

☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant be placed in the Intensive Drug Treatment Program

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:



Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL